Lowenstein Sandler

**Scott B. McBride**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973.597.6136
**F**: 973.597.2400
**E**: smcbride@lowenstein.com

October 2, 2019

**VIA ELECTRONIC FILING**

Honorable Madeline Cox Arleo
United States District Judge
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *United States v. Creaghan Harry,* Crim. No. 19-296 (MCA)**

Dear Judge Arleo:

As you know, this firm represents the defendant Creaghan Harry in the above-captioned matter. For health-related reasons, Mr. Harry respectfully requests that the Court permit his absence at tomorrow's scheduling conference, which will presumably address only discovery-related and scheduling issues. *See* Fed. R. Crim. P. 43(b)(3) ("A defendant need not be present [when t]he proceeding involves only a conference or hearing on a question of law.").

We have conferred with the Justice Department attorneys, and they have advised that they have no objection to our request, provided that we have the authority to agree to a trial date and waiver of the Speedy Trial Act, which we do.

Thank you for your consideration.

Respectfully submitted,

/s/ Scott B. McBride
Scott B. McBride

37099/2

cc: Trial Attorneys Jacob Foster and Darren C. Halverson (via email)