UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-cr-246 (MCA) |
| v. | ORDER FOR CONTINUANCE |
| CREAGHAN HARRY, *et al.*, | |

This matter having come before the Court on the application of the United States, by Philip R. Sellinger, United States Attorney, and Glenn S. Leon, Chief, Fraud Section, Criminal Division (Jacob Foster, Principal Assistant Chief, Darren C. Halverson, Trial Attorney appearing) for an order granting a continuance of proceedings; and the Defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Court held a status conference on December 20, 2023, during which the Court contemplated a trial date in September 2024 depending on the progress of defendant's continued review of discovery.

2. The Court scheduled a status conference for February 2, 2024, at which the defendant was directed to update the Court on its discovery review. On February 1, 2024, the Court rescheduled the status conference for March

11, 2024. On March 8, 2024, the Court rescheduled the status conference for May 7, 2024.

3. The failure to grant a continuance would deny counsel for the Defendant and counsel for the Government the reasonable time necessary for review of discovery and effective preparation for trial, taking into account the exercise of due diligence.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 13th day of March 2024,

ORDERED that this action be, and hereby is, continued until May 7, 2024; and it is further

ORDERED that the period from March 11, 2024 through May 7, 2024, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Madeline Cox Arleo
United States District Judge