**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 19-cr-246 (MCA)** |
| | § | |
| **CREAGHAN HARRY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**UNITED STATES' NOTICE OF MOTION FOR ENTRY OF AN ORDER DETERMINING THAT CERTAIN DOCUMENTS PRODUCED TO DEFENDANT IN CASE NUMBER 20-CR-773 UNDER FEDERAL RULE OF EVIDENCE 502(D) ARE NOT PRIVILEGED**

The government, by its undersigned Filter Team attorneys, hereby gives notice that at the earliest practicable date it will move this Court for a finding that 11 documents that were produced to Defendant Adarsh Gupta in Case Number 20-cr-773, pursuant to this Court's Order under Federal Rule of Evidence 502(d), *see United States v. Adarsh Gupta*, Case No. 20-cr-773 (MCA), ECF No. 113, and over which Defendant Creaghan Harry has attempted to assert privilege, are not, in fact, privileged.

In support of this motion, the government's Filter Team will rely on its motion / brief and supporting exhibits and copies of the

documents at issue filed under seal in this case on April 1, 2024, together with a Proposed Order, *see* ECF No. 337.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney,

GLENN S. LEON
Chief, Criminal Division,
Fraud Section
U.S. Department of Justice

By: */s/ Steven S. Michaels*
STEVEN S. MICHAELS
BENNETT A. STARNES
Trial Attorneys
Special Matters Unit
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, DC 20005
(202) 615 1483 (Michaels)
(202) 616 2684 (Starnes)
Steven.Michaels@usdoj.gov
Bennett.Starnes@usdoj.gov

Dated: April 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via CM/ECF on April 1, 2024.

/s/ *Steven S. Michaels*
Steven S. Michaels
Trial Attorney