**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

*970 Broad Street, 7th floor* *973-645-2700*
*Newark, New Jersey 07102*

May 13, 2024

**VIA ECF & ELECTRONIC MAIL**

Honorable Madeline Cox Arleo
U.S. District Judge
U.S. District Court – District of New Jersey
M.L.K., Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *United States v. Creaghan Harry*, Crim. No. 19-246 (MCA) – Request to Reschedule Status Conference**

Dear Judge Arleo:

We write to request a brief continuance of the status conference to allow the government to investigated the proposed conditions of release of defendant Creaghan Harry. The government learned on May 2, 2024 that the defendant had proposed he be released to live with a woman that he recently married while in custody. The government is currently reviewing communications between the defendant and others regarding these release conditions, however, many of the communications are withheld by the government's filter team because of intermingled potentially privileged communications. The government respectfully requests a continuance of approximately one week to allow for these communications to be release from the filter team so that the proposed conditions may be appropriately reviewed.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

GLENN S. LEON
Chief, Fraud Section

By: *_/s/ Jacob Foster___*
Jacob Foster

Principal Assistant Chief
Darren C. Halverson
Trial Attorney

CC: Isaac Wright, Jr., Esq.
Michael Robertson, Esq. (VIA ECF)